| | |
|---|---|
| 1 | LELAND LAW |
| 2 | 7200 Greenleaf Avenue, Suite 170A |
|   | Whittier, CA 90602 |
| 3 | Telephone: (562) 904-6955 |
| 4 | Facsimile:  (562) 632-1301 |
|   | ALEXIS M. LELAND (State Bar No:  223729) |
| 5 | E-mail: tracey@disabilitylawfirm.com |
| 6 |         Attorneys for Plaintiff |
|   | TRACY L. WILKISON |
| 7 | Acting United States Attorney |
| 8 | DAVID M. HARRIS |
|   | Assistant United States Attorney |
| 9 | Chief, Civil Division |
| 10 | CEDINA M. KIM |
|    | Assistant United States Attorney |
| 11 | Senior Trial Attorney, Civil Division |
| 12 | MICHAEL K. MARRIOTT, CSBN 280890 |
| 13 | Special Assistant United States Attorney |
|    |         Social Security Administration |
| 14 |         160 Spear Street, Suite 800 |
| 15 |         San Francisco, CA  94105 |
|    |         Telephone: (510) 970-4836 |
| 16 |         Facsimile: (415) 744-0134 |
| 17 |         Email:  Michael.Marriott@ssa.gov |
|    |         Attorneys for Defendant |
| 18 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DVISION

| | | |
|---|---|---|
| MARIA Del Carmen DELGADILLO, | ) | Case No. CV 20-08230-SHK |
|     Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING |
|  | ) | EQUAL ACCESS TO JUSTICE |
|     v. | ) | ACT ATTORNEY FEES |
| KILOLO KIJAKAZI, | ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) | |
|  | ) | |
|     Defendant. | ) | |

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FIVE
3  THOUSAND FIVE HUNDRED and NINETY DOLLARS and 78 cents
4  [$5,590.78]. as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms
5  of the Stipulation

Dated: 1/24/2022

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE